HOWARD MARK BECKER, Esquire (SBN 116902)
GREGORY A. CONNELL, Esquire (SBN 233228)
BELSHER, BECKER & ROBERTS
Attorneys at Law
412 Marsh Street
San Luis Obispo, California 93401
Telephone:  (805) 542-9900
Facsimile:   (805) 542-9949
hbecker@bbrlawfirm.com
gconnell@bbrlawfirm.com

Attorneys for Plaintiff
Galileo Surgery Center, L. P.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY MK                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION - ROYBAL FEDERAL BUILDING

| | |
|---|---|
| GALILEO SURGERY CENTER, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION; CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.-2:13 CV-07903-DSF-MAN <br><br> Assigned to Hon. Suzanne H. Segal <br><br> **STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; ORDER** <br><br> Complaint Filed: September 16, 2013 <br> Trial Date:      Not Set |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, namely the Plaintiff Galileo Surgery Center, L.P. and Defendants CIGNA Corporation and Connecticut General Life Insurance Company, that Plaintiff voluntarily dismisses the above-captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement.

///

///

///

Dated: October 31, 2014

/s/ Gregory A. Connell
Gregory A. Connell, Esq. (SBN 233228)
BELSHER, BECKER, & ROBERTS
Attorneys for Plaintiff,
Galileo Surgery Center, L.P.

Dated: October 31, 2014

/s/ Sean P. Nalty
Sean P. Nalty, Esq. (SBN 121253)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Attorneys for Defendants,
CIGNA Corporation and Connecticut General Life Insurance Company

**ORDER**

IT IS HEREBY ORDERED that the case is being dismissed with prejudice.

Dated: 11/3/14, 2014

Honorable Suzanne H. Segal

STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; [PROPOSED] ORDER